# IN THE SUPREME COURT OF THE STATE OF NEVADA

JUAN JOSE DE LA PAZ RODRIGUEZ,
AN INDIVIDUAL,
Appellant,
vs.
HIEN T. DOAN, AN INDIVIDUAL;
TAMMY L. NGUYEN, AN INDIVIDUAL;
LIZ L. NGUYEN, AN INDIVIDUAL;
VIET D. VU, AN INDIVIDUAL; THO M.
LE, AN INDIVIDUAL; MADB
CORPORATION, A NEVADA
CORPORATION; AND NV PHO LLC, A
NEVADA LIMITED LIABILITY
COMPANY,
Respondents.

No. 81114

**FILED**

JUN 03 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This appeal was docketed on May 1, 2020, without payment of the requisite filing fee. That same day, a notice issued directing appellant to pay the filing fee within 10 days or the appeal will be dismissed. To date, appellant has not paid the filing fee or otherwise responded to this court's notice. Accordingly, this appeal is dismissed.

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

20-20987

cc:    Hon. William D. Kephart, District Judge
Hutchings Law Group, LLC
Aldrich Law Firm, Ltd.
Brown Brown & Premsrirut
Eighth District Court Clerk